# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-cr-00312-GNM-VCF |
| vs. | **MINUTE ORDER** |
| EFRAIN LICEA CARDENAS, | |
| Defendant. | |

Before the Court is the Notice of Withdrawal of Motion to Suppress Statements. (#41).

IT IS HEREBY ORDERED that the evidentiary hearing scheduled on April 22, 2013 is VACATED.

DATED this 22nd day of April, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE