UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-312-GMN-(VCF) |
| EFRAIN LICEA-CARDENAS, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT EFRAIN LICEA-CARDENAS**

On May 1, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant EFRAIN LICEA-CARDENAS to the United States of America. Criminal Indictment, ECF No. 6; Change of Plea Minutes, ECF No. 44; Plea Agreement, ECF No. 45; Preliminary Order of Forfeiture, ECF No. 46.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 46) is final as to defendant EFRAIN LICEA-CARDENAS.

DATED this _1_ day of _August_ 2013.

_____
UNITED STATES DISTRICT JUDGE